## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EUGENE ROSALES, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>LEXINGTON LAW FIRM<br><br>        Defendant. | Case No. 8:17CV87<br><br>ORDER OF RECUSAL |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 24th day of March 2017.

                                            BY THE COURT:

                                            s/ F.A. Gossett, III
                                            United States Magistrate Judge