IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EUGENE ROSALES, on behalf of himself and all others similarly situated,; <br><br> Plaintiff, <br><br> vs. <br><br> JOHN C. HEATH, Attorney at Law; <br><br> Defendant. | **8:17CV87** <br><br><br> **ORDER** |

On June 6, 2017, the undersigned entered a stay in this case while awaiting a decision from the Court of Appeals for the D.C. Circuit in <u>ACA International v. Federal Communications Commission</u> Case No. 15-1211. (Filing No. 21). Nearly four months have passed since the court has entered the stay. Accordingly,

IT IS ORDERED:

1)    Counsel shall submit a joint statement advising the court of the status of this case on or before October 12, 2017.

Dated this 5th day of October, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge