IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EUGENE ROSALES, on behalf of himself and all others similarly situated,; | **8:17CV87** |
| Plaintiff, | |
| vs. | **ORDER** |
| JOHN C. HEATH, Attorney at Law; | |
| Defendant. | |

After conferring with counsel, (Filing No. 46, audio recording), and for the reasons stated therein,

IT IS ORDERED:

1) The current progression schedule, (Filing No. 42), remains in effect.

2) If Defendant believes Plaintiff's deposition is necessary to address Plaintiff's response to Defendant's anticipated summary judgment motion, Defendant may move to conduct such discovery under Rule 56(d).

March 12, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge