## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| Eugene Rosales, *on behalf of himself and all others similarly situated*,<br><br>          Plaintiff,<br><br>v.<br><br>Lexington Law Firm,<br><br>          Defendant. | Civil Action No.: 8:17-cv-00087-RFR-CRZ |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice and without costs to either party.

Dated: April 1, 2020

By:   */s/ Sergei Lemberg*
      Sergei Lemberg
      Stephen Taylor
      LEMBERG LAW, LLC
      43 Danbury Road
      Wilton, CT 06897
      Telephone: (203) 653-2250
      Facsimile:  (203) 653-3424
      *Attorneys for Plaintiff*

By:   /s/ Julie D. Hoffmeister
      Julie D. Hoffmeister
      David N. Anthony
      TROUTMAN SANDERS LLP
      1001 Haxall Point
      Richmond, VA 23219
      Telephone: (804) 697-1448
      Facsimile: (804) 697-1339
      julie.hoffmeister@troutmansanders.com
      david.anthony@troutmansanders.com

2

Chad R. Fuller, Esq. (CBN 190830)
*Pro Hac Vice*
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6056
Facsimile: (858) 509-6040
*Attorneys for Defendant John C. Heath Attorney at Law, PLLC d/b/a Lexington Law Firm*